IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-2334-AP

CHERYL SIMON,

    Plaintiff,

    v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Chris R. Noel, Esq.
3000 Pearl Street, Suite 105
Boulder, Colorado 80301-2431
Telephone: (303) 449-6503
Fax: (720) 214-1836
E mail: chrisnoel@noelaw.com

<u>For Defendant</u>:

Kurt J. Bohn
Assistant United States Attorney

By: Debra Meachum
Special Assistant United States Attorney

1961 Stout Street, Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-0812
Fax: (303) 844-0770
E mail: debra.meachum@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 11/17/05
    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 11/25/05
    C.    **Date Answer and Administrative Record Were Filed:**  2/14/06, 2/15/06

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** Although counsel has undertaken a timely review of the record, the accuracy and completeness of the Administrative Record cannot be vouchsafe until after Plaintiff's Opening Brief is filed.

**Defendant states:**  There are no issues with the accuracy or completeness of the administrative record at this time.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:** see Plaintiff's statement in Paragraph 4, above.
**Defendant states:**  None anticipated.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7.    OTHER MATTERS**

None.

**8.           PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**  May 17, 2006
    B.    **Defendant's  Response Brief Due:**  June 29, 2006
    C.    **Plaintiff's  Reply Brief Due:**   July 14, 2006

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

     **A.     Plaintiff's Statement:** Oral Argument is requested only to clarify any outstanding issues, and at the Court's behest.
     **B.     Defendant's Statement:**  Oral Argument not requested.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     **A.     (  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
     **B.     ( x )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 6th day of March, 2006.

                                              BY THE COURT:

                                              S/John L. Kane
                                              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Chris R. Noel 3/6/06<br>CHRIS R. NOEL<br>3000 Pearl Street, Suite 105<br>Boulder, Colorado 80301-2431<br>Telephone: (303) 449 6503<br>FAX: 720 214 1836<br>e mail: chrisnoel@noelaw.com<br>Attorney for Plaintiff Cheryl Simon | UNITED STATES ATTORNEY<br>WILLAM J. LEONE<br>United States Attorney<br><br>s/ Kurt J. Bohn 3/6/06<br>KURT J. BOHN<br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br>e mail: kurt.bohn@usdoj.gov<br><br>By: s/ Debra Meachum 3/6/06<br>Debra Meachum<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-0812<br>e mail: debra.meachum@ssa.gov<br><br>*Street Address:*<br>United States Attorney's Office<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br><br>Attorneys for Defendant |